968

No. 03–9148. BERRY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9153. GUERECA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9155. GILLETTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9156. GILLON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9157. FULLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9164. ZAUCEDA-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9173. LEINENBACH, AKA NELSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9179. MIRANDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9182. MANGAL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–9184. PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9185. ORTUNO v. GERLINSKI, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–9196. ABRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–1014. ELI LILLY & CO. v. BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–1077. THOMAS v. WAL-MART STORES, INC.; and MONTAGUE v. ASPLUNDH TREE EXPERT CO. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.